UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tanya J. Burgess v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12231-DRH-PMF |
| *Darlene Coleman v. Bayer Corporation, et al.* | 3:09-cv-20145-DRH-PMF |
| *Sarah K. Cooley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-11669-DRH-PMF |
| *Beth Houser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-11161-DRH-PMF |
| *Bonnie K. Jacobs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12234-DRH-PMF |
| *Melanie Lackey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-10591-DRH-PMF |
| *Mindy McGrath v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12232-DRH-PMF |
| *Nicole Pritchett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-12839-DRH-PMF |
| *Mary Saragoussi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-10179-DRH-PMF |
| *Caroline Janie White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12498-DRH-PMF |
| *Teresa Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-12715-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 24, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**

                                    **BY:   /s/*Sara Jennings***
                                            **Deputy Clerk**

Dated:  May 29, 2013

APPROVED:   David R. Herndon  2013.05.29  10:50:33 -05'00'
          CHIEF JUDGE
          U. S. DISTRICT COURT